DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
ANDREW R. BROWN
Nevada Bar No. 15875
**PRINCE LAW GROUP**
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
Telephone: (702) 534-7600
Facsimile:  (702) 534-7601
E-mail: *eservice@thedplg.com*
-and-
JASON S. COOK
Nevada Bar No. 7965
JASON S. COOK, P.C.
3320 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89129
Telephone: (702) 254-2665
E-mail: *jason@jasoncookattorney.com*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC SAWYER, an individual; SHAVANDA GRIFFIN, an indivdual; SHADIAMOND SAWYER-GRIFFIN, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants. | CASE NO.:   2:22-cv-00880-JAD-BNW<br><br>**STIPULATION AND ORDER FOR PLAINTIFFS TO AMEND COMPLAINT** |

# STIPULATION AND ORDER FOR PLAINTIFFS TO AMEND COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Isaac Sawyer, Shavanda Griffin, and Shadiamond Sawyer-Griffin ("Plaintiffs"), and Defendant Nationwide Insurance Company of America, erroneously sued herein as Nationwide Mutual Insurance Company, through their respective counsel of record, that Plaintiffs may amend their complaint to correct the name of Defendant, pled as Nationwide Mutual Insurance Company, to Nationwide Insurance Company of America. Plaintiffs will file their amended complaint by July 15, 2022. Defendant shall file a response to the amended complaint within fourteen (14) days thereafter in accordance with Federal Rules of Civil Procedure Rule 15(a)(3).

DATED this 1st day of July, 2022.

**PRINCE LAW GROUP**

/s/ Andrew R. Brown
DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
ANDREW R. BROWN
Nevada Bar No. 15875
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
Attorneys for Plaintiff

DATED this 1st day of July, 2022.

**HINES HAMPTON PELANDA LLP**

/s/ Christine M. Emanuelson
CHRISTINE M. EMANUELSON
Nevada Bar No. 10143
ANGELA LIZADA
Nevada Bar No. 11637
711 South 9th Street
Las Vegas, Nevada 89101
Attorney for Defendant

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/5/2022