# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

ISAAC SAWYER, an individual, et al.

Plaintiff(s),

vs.

NATIONWIDE INSURANCE COMPANY OF AMERICA, et al.

Defendant(s).

Case No.: 2:22-cv-00880-JAD-BNW

## SUBSTITUTION OF ATTORNEY

__Nationwide Insurance Co. of America__ (~~Plaintiff~~) (Defendant) hereby substitutes
(Name of Party)

__Nicole M. Hampton (Nevada Bar No. 16090)__
(New Attorney)

(Address): 400 South 4th Street, Suite 500, Las Vegas, NV 89101

(Telephone): 702-933-7829 , as attorney of record in place and

stead of: __Angela Lizada (Nevada Bar No. 11637)__
(Present Attorney)

DATED: _____    _____
(Signature of Party)

I consent to the above substitution.

DATED: 11/4/2022    /s/ Angela Lizada
(Signature of Present Attorney)

. . .

. . .

. . .

I am duly admitted to practice in this District.

Above substitution accepted.

DATED:  11/14/2022

(Signature of New Attorney)

Please check one:  X   RETAINED, or _____ APPOINTED BY THE COURT

**ORDER**

IT IS ORDERED that ECF No. 14 is DENIED without prejudice for failure to comply with LR IA 11-6(c).

**IT IS SO ORDERED**
**DATED:** 6:15 pm, November 15, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**