DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
ANDREW R. BROWN
Nevada Bar No. 15875
**PRINCE LAW GROUP**
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
Tel.: (702) 534-7600
eservice@thedplg.com

JASON S. COOK
Nevada Bar No. 7965
jason@jasoncookattorney.com
**JASON S. COOK, P.C.**
3320 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89129
Tel.: (702) 254-2665

*Attorneys for Plaintiffs*

NICOLE M. HAMPTON
Nevada Bar No. 16090
nhampton@lawhhp.com
**HINES HAMPTON PELANDA, LLP**
400 South 4th Street, Suite 500
Las Vegas, NV 89101
Tel.: (702) 933-7829

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISAAC SAWYER, an individual; SHAVANDA GRIFFIN, an individual; SHADIAMOND SAWYER-GRIFFIN, an individual<br><br>Plaintiffs,<br><br>v<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a foreign corporation; DOES I through X, inclusive,; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | **CASE NO.:** 2:22-cv-00880-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 21 |

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Isaac Sayer, Shavanda Griffin, and Shadiamond Sawyer-Griffen and Defendant Nationwide Insurance Company of America (collectively "Parties") by and through their respective counsel, hereby stipulate and represent to the Court that all matters in controversy in this litigation between them have settled and resolved, including all outstanding claims and causes of action. The Parties request that the entire action be dismissed with prejudice and each party will bear its own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  May 23, 2023            **PRINCE LAW GROUP AND JASON S. COOK, P.C.**

By:     /s/ Kevin T. Strong
          KEVIN T. STRONG
          Nevada Bar No. 12107
          PRINCE LAW GROUP
          10801 W. Charleston Blvd., Suite 560
          Las Vegas, Nevada 89135

          *Attorneys for Plaintiffs*
          ISAAC SAWYER, SHAVANDA SAWYER and SHADIAMOND SAWYER-GRIFFIN

Dated:  May 23, 2023            **HINES HAMPTON PELANDA LLP**

By:      /s/ Nicole Hampton
          Nicole Hampton
          *Attorneys for Defendant*,
          NATIONWIDE INSURANCE COMPANY OF AMERICA

**ORDER**

Having considered the Joint Stipulation [ECF No. 21] and for good cause shown, IT IS ORDERED that this action is dismissed with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
Hon. Jennifer A. Dorsey
United States District Judge
May 25, 2023

//
//
//